# HOGAN & CASSELL, LLP
### ATTORNEYS & COUNSELORS AT LAW
500 NORTH BROADWAY
SUITE 153
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.hogancassell.com

SHAUN K. HOGAN+
MICHAEL D. CASSELL■

NEW JERSEY OFFICE
FREEHOLD CENTER
4400 ROUTE 9 SOUTH, SUITE 1000
FREEHOLD, NEW JERSEY 07728
TELEPHONE: (732) 303-7488

+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY

April 23, 2019

**By email and Fedex**
Satish K. Bhatia, Esq.
Bhatia & Associates, PLLC
38W 32nd Street, Suite 1511
New York, NY 10001

Re: Star Cable NA, Inc. v. Total Cable USA LLC, et al., Case No.: 16-CV-04067(SJ)

Dear Mr. Bhatia:

This Firm represents Plaintiff, Star Cable NA, Inc. ("Plaintiff") in the above-referenced action. As per the Court's Individual Practice Rules III.E., I am hereby emailing you and providing you with a courtesy copy of the following documents.

With regard to the motion for summary judgment filed by 1StopMedia and Entertainment, Inc. d/b/a Radiant IPTV ("1StopMedia"): 1) memorandum of law in opposition to 1StopMedia's motion for summary judgment; 2) Local Rule Civ. P. 56.1(b) Statement in response to 1StopMedia's motion for summary judgment; and 3) April 19, 2019 affidavit of Shahid Bob Rasul (with accompanying exhibits A-P).

With regard to the motion for summary judgment filed by Total Cable USA LLC ("Total Cable"): 1) memorandum of law in opposition to Total Cable's motion for summary judgment; 2) Local Rule Civ. P. 56.1(b) Statement in response to Total Cable's motion for summary judgment; and 3) April 19, 2019 affidavit of Shahid Bob Rasul (with accompanying exhibits A-P).

Please ensure that these documents are filed at the time that you file the motions and that you provide the courtesy copy of the same documents to the Court.

Very truly yours,

HOGAN & CASSELL, LLP

Michael Cassell

cc: Sterling Johnson, U.S.D.J. (via ECF)
Cheryl L. Pollak, U.S.M.J. (via ECF)